HARRY L. COHEN, INC., a Dissolved Corporation, by SAMUEL D. MILLER, as Trustee for Creditors and Stockholders, Appellant, *v.* PEOPLES NATIONAL BANK OF BROOKLYN, Respondent.

(Argued December 12, 1935; decided January 8, 1936.)

*Frank W. Holmes* and *Joseph W. Schwartz* for appellant.
*David S. Konheim* and *William Lurie* for respondent.

Order affirmed and judgment absolute ordered against the appellant on the stipulation, with costs in all courts; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.